UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 2005 MAY -6 P 12: 20 |
| vs. | : | Criminal Action No: |
| | : | 3:02 CR 257 (CFD) |
| TYRUS PIERCE | : | |

### ORDER CORRECTING JUDGMENT

The Judgment for the Defendant Tyrus Pierce dated May 5, 2005 shall be corrected to reflect Mr. Pierce's birth date as September 10, 1975.

IT IS SO **ORDERED**.

Dated at Hartford, Connecticut this 6th day of May, 2005.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE